**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2094**

_____

COURTNAY T. BRISSETT; LADWIN BRISSETT,

             Plaintiffs - Appellants,

        v.

CRAVEN COUNTY; CITY OF NEW BERN; FIDELITY NATIONAL TITLE
INSURANCE COMPANY; SUMRELL, SUGG, CARMICHAEL, HICKS & HART,
P.A.; WARD AND SMITH, P.A.,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  James C. Dever, III,
Chief District Judge.  (4:14-cv-00179-D)

_____

Submitted:  February 25, 2015          Decided:  March 3, 2015

_____

Before NIEMEYER, KING, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Courtnay T. Brissett; Ladwin Brissett, Appellants Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtnay T. and Ladwin Brissett appeal the district court's order dismissing their civil action under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brissett v. Craven Cnty., No. 4:14-cv-00179-D (E.D.N.C. Sept. 26, 2014). We deny the Brissetts' motion for injunctive relief pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED